# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                           Case No.     3:11cr13/MCR/EMT
                                                        3:12cv254/MCR/EMT

JAMES N. BROWN
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 22, 2014.  (Doc. 407).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Second Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (doc. 366) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 26th day of January, 2015.

                                       *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**