UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                       CASE NO.: 3:11cr13/MCR/EMT
                                                    3:16cv385/MCR/EMT

JAMES N. BROWN

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 14, 2016. ECF No. 486. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (ECF No. 481) is **SUMMARILY DISMISSED**.

3. Defendant's "Application to Proceed *In Forma Pauperis* Pursuant to 28 U.S.C. § 1915" (ECF No. 482) is **DENIED as moot**.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 17th day of November 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**